UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA SCOTT DEROSIER,<br><br>       Plaintiff,<br><br>   v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>       Defendant. | NO:  2:16-CV-0271-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss With Prejudice (ECF No. 3).  The motion was submitted for consideration without oral argument.  The Court, having reviewed the motion and file herein, is fully informed.  The parties stipulate to the dismissal of all claims in this matter with prejudice and without costs or fees to either party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS ORDERED:**

1. All claims are **DISMISSED with prejudice**; each party shall bear its own costs and attorney's fees.

ORDER OF DISMISSAL ~ 1

1      2.  The District Court Executive shall enter this order, provide copies to

2  counsel, and **CLOSE** the file.

3      Dated August 16, 2016.



                    THOMAS O. RICE
    Chief United States District Judge

ORDER OF DISMISSAL ~ 2